MAS-20020121     Case 1:03-cv-12635-MCW   Commonwealth of Massachusetts   Filed 01/14/2004   Page 1 of 5    01/05/2004
levisdeb                                                            NORFOLK SUPERIOR COURT                                    12:03 PM
Case Summary
Civil Docket

## NOCV2003-01695
### Sances individually et al v Jaimson individually et al

| | | | | | |
|---|---|---|---|---|---|
| **File Date** | 09/12/2003 | **Status** | Disposed: transfered to other court (dtrans) | | |
| **Status Date** | 01/05/2004 | **Session** | B - Civil B | | |
| **Origin** | 1 | **Case Type** | D13 - Declaratory judgement (231A) | | |
| **Lead Case** | | **Track** | A | | |

| | | | | | |
|---|---|---|---|---|---|
| **Service** | 12/11/2003 | **Answer** | 02/09/2004 | **Rule12/19/20** | 02/09/2004 |
| **Rule 15** | 12/05/2004 | **Discovery** | 10/31/2005 | **Rule 56** | 12/30/2005 |
| **Final PTC** | 04/29/2006 | **Disposition** | 09/11/2006 | **Jury Trial** | Unknown |

### PARTIES

**Plaintiff**
John Sances individually
Active 09/12/2003

**Private Counsel 052940**
Gary S Brackett
Brackett & Lucas
19 Cedar Street
Worcester, MA 01609
Phone: 508-799-9739
Fax: 508-799-9799
Active 09/15/2003 Notify

**Plaintiff**
Kenneth Sances individually
Active 09/12/2003

**Plaintiff**
John Sances trustee of 305 Union Street Realty Trust
Active 09/12/2003

**Plaintiff**
Kenneeth Sances trustee of 305 Union Street Realty Trust
Active 09/12/2003

MAS-20020121     Case 1:03-cv-12635-MLW   Document 4   Filed 01/14/2004   Page 2 of 5     01/05/2004
levisdeb                                                 Commonwealth of Massachusetts                           12:03 PM
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

## NOCV2003-01695
## Sances individually et al v Jaimson individually et al

| Defendant | |
|---|---|
| **Defendant**<br>George Jaimson individually<br>Served: 12/05/2003<br>Served (answr pending) 12/05/2003 | **Private Counsel 630431**<br>Jonathan Silverstein<br>Kopelman & Paige PC<br>31 Saint James Avenue<br>7th floor<br>Boston, MA 02116-4102<br>Phone: 617-556-0007<br>Fax: 617-654-1735<br>Active 01/05/2004 Notify |
| **Defendant**<br>John Callahan individually<br>Served (answr pending) 12/26/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>John Papp individually<br>Served (answr pending) 12/26/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>Jim Curran individually<br>Served (answr pending) 12/26/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>William Pritchard individually<br>Served (answr pending) 12/26/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>Cliff Jacob individually<br>Served (answr pending) 12/26/2003 | *** See Attorney Information Above *** |

MAS-20020121
levisdeb
Case 1:03-cv-12635-MCW    Document 4    Filed 01/14/2004    Page 3 of 5
Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket
01/05/2004
12:03 PM

## NOCV2003-01695
### Sances individually et al v Jaimson individually et al

| Defendant | |
|---|---|
| **Defendant**<br>Jack Cullhane individually<br>Served: 12/08/2003<br>Served (answr pending) 12/08/2003 | *** See Attorney Information Above *** |
| **Defendant**<br>George Jaimoson member<br>Served (answr pending) 12/26/2003 | |
| **Defendant**<br>John Callahan member<br>Served: 12/05/2003<br>Served (answr pending) 12/05/2003 | |
| **Defendant**<br>John Papp member<br>Served: 12/05/2003<br>Served (answr pending) 12/05/2003 | |
| **Defendant**<br>Jim Curran member<br>Served: 12/05/2003<br>Served (answr pending) 12/05/2003 | |
| **Defendant**<br>William Pritchard member<br>Served: 12/05/2003<br>Served (answr pending) 12/05/2003 | |

MAS-20020121
levisdeb

Case 1:03-cv-12635-MLW   Document 4   Filed 01/14/2004   Page 4 of 5

Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

01/05/2004
12:03 PM

# NOCV2003-01695
## Sances individually et al v Jaimson individually et al

**Defendant**
Cliff Jacob member
Served: 12/05/2003
Served (answr pending) 12/05/2003

**Defendant**
Jack Culhane member
Served (answr pending) 12/26/2003

**Defendant**
Town of Holbrook planning board
Served: 12/05/2003
Served (answr pending) 12/05/2003

Private Counsel 630431
Jonathan Silverstein
Kopelman & Paige PC
31 Saint James Avenue
7th floor
Boston, MA 02116-4102
Phone: 617-556-0007
Fax: 617-654-1735
Active 01/05/2004 Notify

**Defendant**
Daniel Moriarty individually
Served: 12/05/2003
Served (answr pending) 12/05/2003

*** See Attorney Information Above ***

**Defendant**
Daniel Moriarty Building inspector
Served: 12/05/2003
Served (answr pending) 12/05/2003

*** See Attorney Information Above ***

### ENTRIES

| Date | Paper | Text |
| --- | --- | --- |
| 09/12/2003 | 1.0 | Complaint entry fee $275 |
| 09/12/2003 | 2.0 | Civil action cover sheet filed |
| 09/12/2003 | | average track notice sent to plff attorney |
| 09/15/2003 | | Origin 1, Type D13, Track A. |
| 12/11/2003 | 3.0 | SERVICE RETURNED: Cliff Jacob member(Defendant) L&U, served on 12/5/03 (Rec'd. 12/9/03) |

Commonwealth of Massachusetts
NORFOLK SUPERIOR COURT
Case Summary
Civil Docket

## NOCV2003-01695
### Sances individually et al v Jaimson individually et al

| Date | Paper | Text |
|---|---|---|
| 12/11/2003 | 4.0 | SERVICE RETURNED: Town of Holbrook planning board(Defendant) in hand, Shirley Austin, Town Clerk, served on 12/5/03  (Rec'd. 12/9/03) |
| 12/11/2003 | 5.0 | SERVICE RETURNED: Daniel Moriarty individually and as Building Inspector(Defendant) served on 12/5/03  (Rec'd. 12/9/03) |
| 12/11/2003 | 6.0 | SERVICE RETURNED: George Jaimson individually(Defendant) L&U, served on 12/5/03  (Rec'd. 12/9/03) |
| 12/11/2003 | 7.0 | SERVICE RETURNED: John Callahan member(Defendant) L&U, served pm 12/5/03  (Rec'd. 12/9/03) |
| 12/11/2003 | 8.0 | SERVICE RETURNED: John Papp member(Defendant) L&U, served on 12/5/03 (Rec'd. 12.9/03) |
| 12/11/2003 | 9.0 | SERVICE RETURNED: Jim Curran member(Defendant) L&U, served on 12/5/03  (Rec'd. 12/11/03) |
| 12/11/2003 | 10.0 | SERVICE RETURNED: William Pritchard member(Defendant) L&U, served on 12/5/03  (Rec'd. 12/9/03) |
| 12/12/2003 | 11.0 | SERVICE RETURNED: Jack Cullhane individually(Defendant) in hand, served on 12/8/03 (Rec'd. 12/10/03) |
| 12/29/2003 |  | Case status changed to 'Needs review for answers' at service deadline review |
| 01/05/2004 | 12.0 | Notice of Removal - Case REMOVED this date to US District Court of Massachusetts |

**EVENTS**

A TRUE COPY
Attest: _____
Deputy Assistant Clerk
1/5/04