UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12635-MLW

| | |
|---|---|
| JOHN SANCES and KENNETH SANCES, individually and in their capacity as TRUSTEES OF THE 305 UNION STREET REALTY TRUST,<br><br>    Plaintiffs<br><br>v.<br><br>TOWN OF HOLBROOK, GEORGE JAMESON, JOHN CALLAHAN, JOHN PAPP, CLIFF JACOB and JACK CULHANE, individually and as members of the Holbrook Planning Board, and DANIEL MORIARTY, individually and as Building Inspector for the Town of Holbrook,<br><br>    Defendants | DEFENDANTS' ASSENTED-TO MOTION TO FURTHER EXTEND TIME IN WHICH TO RESPOND TO COMPLAINT |

Now come the defendants, Town of Holbrook, et al. and hereby respectfully request that this Honorable Court further extend the time by which they must file their response to the Complaint up to and including March 12, 2004. As grounds therefor, the defendants state as follows:

1. Defendants' response to the Complaint was initially due on January 12, 2004.

2. On January 6, 2004, plaintiffs' counsel informed defense counsel that he wished to amend the Complaint.

3. Defense counsel agreed to postpone filing a response to the Complaint so that plaintiffs could file an Amended Complaint without moving the Court to do so.

4. On January 23, 2004, this Court allowed the defendants' assented-to motion to extend the time in which to respond to the Complaint up to and including February 23, 2004.