UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO: 03-12635-MLW

JOHN SANCES and KENNETH SANCES,
individually and in their capacity as TRUSTEES
OF THE 305 UNION STREET REALTY TRUST,

    Plaintiffs

v.

TOWN OF HOLBROOK, GEORGE JAMESON,
JOHN CALLAHAN, JOHN PAPP, CLIFF JACOB
and JACK CULHANE, individually and as
members of the Holbrook Planning Board, and
DANIEL MORIARTY, individually and as
Building Inspector for the Town of Holbrook,

    Defendants

CERTIFICATE OF COMPLIANCE
WITH LOCAL RULE 7.1(A)(2)

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that he conferred with plaintiffs' counsel regarding the Individual Defendants' Motion for Judgment on the Pleadings, Defendant Town of Holbrook's Motion for Judgment on the Pleadings, and Defendants' Motion to Allow Late Filing of Response to Complaint, by leaving a detailed voice mail message on march 22, 2004. The call was not returned.

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 3/22/04

DEFENDANTS
By their attorneys,

Jonathan M. Silverstein (BBO# 630431)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

216804/METG/0332