| | | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>BARBARA J. SAINT ANDRE<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br>———<br>EDWARD M. REILLY<br>DIRECTOR WESTERN OFFICE<br>———<br>WILLIAM HEWIG III<br>JEANNE S. McKNIGHT<br>KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR | **KOPELMAN AND PAIGE, P. C.**<br>ATTORNEYS AT LAW<br>31 ST. JAMES AVENUE<br>BOSTON, MASSACHUSETTS 02116-4102<br>(617) 556-0007<br>FAX (617) 654-1735<br>———<br>PITTSFIELD OFFICE<br>(413) 443-6100<br>———<br>NORTHAMPTON OFFICE<br>(413) 585-8632<br>———<br>WORCESTER OFFICE<br>(508) 752-0203 | THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>THOMAS W. MCENANEY<br>KATHARINE GOREE DOYLE<br>GEORGE X. PUCCI<br>LAUREN F. GOLDBERG<br>JASON R. TALERMAN<br>JEFFREY A. HONIG<br>MICHELE E. RANDAZZO<br>GREGG J. CORBO<br>RICHARD T. HOLLAND<br>LISA C. ADAMS<br>ELIZABETH R. CORBO<br>MARCELINO LA BELLA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>BRIAN E. GLENNON, II<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>JACKIE COWIN<br>SARAH N. TURNER<br>JEFFREY T. BLAKE<br>CAROLYN M. MURRAY<br>R. ERIC SLAGLE |

March 30, 2004

Clerk
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   John Sances, et al. v. Town of Holbrook, et al.
      United States District Court C.A. No. 03-12635-MLW

Dear Sir/Madam:

On March 22, 2004, this office filed in the above-referenced matter a Motion for Judgment on the Pleadings and Memorandum in Support of same on behalf of the Individual Defendants, a Motion for Judgment on the Pleadings and Memorandum in Support of same on behalf of defendant Town of Holbrook, and an Answer on behalf of all defendants. The names of two Individual Defendants, Jim Curran and William Pritchard, were inadvertently omitted from the captions on those pleadings, as well as from Paragraph 1 of the Individual Defendants' Motion for Judgment on the Pleadings, and Paragraph 2 of the Memorandum in Support of Individual Defendants' Motion for Judgment on the Pleadings.

Please be advised that the above-referenced documents were filed on behalf of all defendants in this matter, including Jim Curran and William Pritchard.

Thank you for your attention to this matter.

Very truly yours,

Jackie Cowin

JC/cmt
cc:   Town Administrator
      Planning Board
      Daniel Morrison, Esq. (MAS-0032106)
      Gary S. Brackett, Esq.

217648/METG/0518         PRINTED ON RECYCLED PAPER