UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12635-MLW

| | |
|---|---|
| JOHN SANCES and KENNETH SANCES, Individually and in their capacity as TRUSTEES OF THE 305 UNION STREET REALTY TRUST, Plaintiffs, | ) ) ) ) ) |
| v. | ) ) |
| TOWN OF HOLBROOK, GEORGE JAMESON, JOHN CALLAHAN, JOHN PAPP, CLIFF JACOB and JACK CULHANE, individually and as members of the Holbrook Planning Board, and DANIEL MORIARTY, individually and as Building Inspector for the Town of Holbrook, Defendants. | ) ) ) ) ) ) ) |

<u>Plaintiffs' Assented to Motion to Extend Deadline for Filing Opposition to Town of Holbrook's Motion for Judgment on the Pleadings and Individual Defendants' Motion for Judgment on the Pleadings</u>

Now come the Plaintiffs, John Sances, et al, and move that this Honorable Court extend the deadline for filing the opposition in this case from <u>April 6, 2004</u> to <u>April 19, 2004</u>. The defendants have assented to this request.

The herein Motion is
Hereby assented to,

_____
Jonathan M. Silverstein
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 566-0007
Attorney for Defendants'

JOHN SANCES and KENNETH SANCES,
By their attorney,

_____
Gary S. Brackett (BBO#052940)
BRACKETT & LUCAS
19 Cedar Street
Worcester, MA 01609
(508) 799-9739