UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12635-MLW

JOHN SANCES and KENNETH SANCES, )
Individually and in their capacity as TRUSTEES )
OF THE 305 UNION STREET REALTY TRUST, )
    Plaintiffs, )
)
v. )
)
TOWN OF HOLBROOK, GEORGE JAMESON, )
JOHN CALLAHAN, JOHN PAPP, CLIFF JACOB )
and JACK CULHANE, individually and as )
members of the Holbrook Planning Board, and )
DANIEL MORIARTY, individually and as Building )
Inspector for the Town of Holbrook, )
    Defendants. )

### Plaintiffs' Assented to Motion to Extend Deadline for Filing Opposition to Town of Holbrook's Motion for Judgment on the Pleadings and Individual Defendants' Motion for Judgment on the Pleadings

Now come the Plaintiffs, John Sances, et al, and move that this Honorable Court extend the deadline for filing the opposition in this case from April 19, 2004 to April 27, 2004. The defendants have assented to this request.

| | |
|---|---|
| The herein Motion is<br>Hereby assented to, | JOHN SANCES and KENNETH SANCES,<br>By their attorney, |
| _/s/ Jonathan M. Silverstein_<br>Jonathan M. Silverstein<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 566-0007<br>Attorney for Defendants' | _/s/ Gary S. Brackett_<br>Gary S. Brackett (BBO#052940)<br>BRACKETT & LUCAS<br>19 Cedar Street<br>Worcester, MA 01609<br>(508) 799-9739 |

## CERTIFICATE OF SERVICE

I, Gary S. Brackett, hereby certify on this 21 day of April, 2004, that I have served a true and accurate copy of the within Plaintiffs' assented to Motion to Extend Deadline for Filing Opposition to Town of Holbrook's Motion for Judgment on the Pleadings and Individual Defendants' Motion for Judgment on the Pleadings upon the Defendant's attorneys by facsimile and mail via first class, postage prepaid, addressed to:

Jonathan M. Silverstein, Esquire
Jackie Cowin, Esquire
Kopelman and Paige, P.C.,
31 St. James Avenue
Boston, MA 02116

_____
Gary S. Brackett, Esquire

**BRACKETT & LUCAS**
COUNSELORS AT LAW
19 CEDAR STREET
WORCESTER, MASSACHUSETTS 01609
508-799-9739
Fax 508-799-9799
E-Mail: bandl@pcplusol.net

GARY S. BRACKETT
ELAINE M. LUCAS
JOAN E. LANGSAM
JOHN G. GANNON
M. YVONNE GONZÁLEZ*
JAMES T. MASTERALEXIS
STEVEN C. FLETCHER**
ELLEN CALLAHAN DOUCETTE
*Also Admitted in CT
**Also Admitted in ME and CO

WINCHESTER OFFICE
165 WASHINGTON STREET
WINCHESTER, MASSACHUSETTS 01890
781-729-1500   Fax 781-729-5444
E-Mail: LangsamJn@aol.com

VIA MAIL

CLERK
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   John Sances, et al v. Town of Holbrook, et al.
      United States District Court C.A. No. 03-12635-MLW

Dear Sir or Madam:

Enclosed for filing please find:

1.   Plaintiffs' Assented to Motion to Extend Deadline for Filing Opposition to Town of Holbrook's Motion for Judgment on the Pleadings and Individual Defendants' Motion for Judgment on the Pleadings.
2.   Plaintiffs' Certificate of Service.

Defense counsel has assented to extend the filing date from April 16, 2004 to April 23, 2004. Plaintiffs respectfully request a further extension from April 23, 2004 to April 27, 2004, because of scheduling conflicts.
Thank you for your attention to this matter.

Very truly yours,

Gary S. Brackett

GSB/ems
Cc:   Jonathan M. Silverstein, Esq.