UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12635-MLW

JOHN SANCES and KENNETH SANCES, )
Individually and in their capacity )
as TRUSTEES OF THE 305 UNION STREET )
REALTY TRUST, )
    Plaintiffs, )
 )
v. )
 )
TOWN OF HOLBROOK, GEORGE JAMESON, )
JOHN CALLAHAN, JOHN PAPP, CLIFF )
JACOB and JACK CULHANE, individually)
and as members of the Holbrook )
Planning Board, and DANIEL MORIARTY,)
individually and as Building )
Inspector for the Town of Holbrook, )
    Defendants. )

## PLAINTIFFS' OPPOSITION TO TOWN OF HOLBROOK'S MOTION FOR JUDGMENT ON THE PLEADINGS

    Now come the Plaintiffs, John Sances and Kenneth Sances individually and in their capacities as Trustees of the 305 Union Street Realty Trust and hereby file an Opposition to the Town of Holbrook's Motion for Judgment on the Pleadings and in support thereof rely on the accompanying Memorandum.

    WHEREFORE, the Plaintiffs respectfully requests that this court not dismiss any of the claims filed against the Town of Holbrook.

          UNION STREET REALTY TRUST
          By its attorneys,

          */s/ Gary S. Brackett /EMS*
          Gary S. Brackett
          BBO# 052940
          Ellen Callahan Doucette
          BBO# 542294
          BRACKETT & LUCAS
          19 Cedar Street
          Worcester, MA 01609
          508-799-9739