UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

## **ORDER OF REFERENCE**

Check if previously referred

<u>JOHN SANCES et al</u>

        V.        CA No. <u>03-12635-MLW</u>

<u>TOWN OF HOLBROOK et al</u>

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge Bowler for the following proceedings:

(A)        Referred for full pretrial case management, including all dispositive motions.

(B)  X  Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)  X  Referred for Report and Recommendation on:

        ( ) Motion(s) for injunctive relief
        (X) Motion(s) for judgment on the pleadings
        ( ) Motion(s) for summary judgment
        ( ) Motion(s) to permit maintenance of a class action
        ( ) Motion(s) to suppress evidence
        ( ) Motion(s) to dismiss
        ( ) Post Conviction Proceedings[1]
        See Documents Numbered: <u>6, 8, 10 15-18.</u>

(E)        Case referred for events only. See Doc. No(s). _____

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
        ( ) In accordance with Rule 53, F.R.Civ.P.
        ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions: _____

<u>July 8, 2004</u>        By:  <u>/s/ Dennis O'Leary</u>
Date        Deputy Clerk

**(order-ref-mag.wpd - 05/2003)**

---

    [1]    See reverse side of order for instructions