# BRACKETT & LUCAS
## COUNSELORS AT LAW
19 CEDAR STREET
WORCESTER, MASSACHUSETTS 01609
508-799-9739
Fax 508-799-9799
E-Mail: bandl@pcplusol.net

GARY S. BRACKETT
ELAINE M. LUCAS
JOAN E. LANGSAM
JOHN G. GANNON
M. YVONNE GONZÁLEZ*
JAMES T. MASTERALEXIS
STEVEN C. FLETCHER**
ELLEN CALLAHAN DOUCETTE
*Also Admitted in CT
**Also Admitted in ME and CO

WINCHESTER OFFICE
165 WASHINGTON STREET
WINCHESTER, MASSACHUSETTS 01890
781-729-2500 Fax 781-729-5444
E-Mail: Langsam@aol.com

FILED IN CLERK'S OFFICE
2004 JUL 12 P 4:28
U.S. DISTRICT COURT
DISTRICT OF MASS

July 7, 2004

Honorable Judge Mark L. Wolf
U.S. District Court
District of Massachusetts
U.S. Courthouse
One Courthouse Way, Suite 2300
Boston, MA  02210

RE: Sances et al. v. Town of Holbrook et al.
    United States District Court C.A. No. 03-12635-MLW

Dear Judge Wolf:

In response to your Order dated June 16, 2004 relating to the transfer of the above case to the Magistrate Judge for all purposes, please be advised that the Plaintiffs, John Sances, et al, agree to consent to such transfer.

Very truly yours,

Gary S. Brackett

GSB/hml
cc: John Sances
    Jackie Cowin, Esquire