# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

JOHN SANCES, ET AL,

      Plaintiffs,

    v.

                                        CA. NO.03-12635-MLW

TOWN OF HOLBROOK, ET AL,

      Defendants.

## ***NOTICE***

July 28, 2004

**BOWLER, Ch.U.S.M.J.**

    PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **status conference** at **10:30 a.m., Monday, September 13, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                        /s/
                          **MARIANNE B. BOWLER**
                          Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**